# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Donavan Jay White Owl, | ) | Case No. 1:19-cr-068 |
| | ) | |
| Defendant. | ) | |

On June 24, 2019, the court issued an order: (1) finding defendant financially capable of contributing to the cost of his defense; and (2) requiring defendant to make monthly payments of $2,000 for court-appointed services to the Clerk's office starting on July 1, 2019. (Doc. No. 32).

On July 3, 2019, defendant filed a motion requesting a one month deferral of his monthly payments for court-appointed services. For good cause shown, the court **GRANTS** defendant's motion (Doc. No. 37). Defendant shall make monthly payments of $2,000 for court-appointed serves to the Clerk's office by the first of each month. He shall make his first payment by August 1, 2019.

**IT IS SO ORDERED.**

Dated this 8th day of July, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court